**Motion Granted; Appeal Dismissed and Memorandum Opinion filed October 1, 2024.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-24-00348-CR

---

### DONALD WAYNE WALLACE III, Appellant

### V.

### THE STATE OF TEXAS, Appellee

---

**On Appeal from the 208th District Court
Harris County, Texas
Trial Court Cause No. 1660913**

---

### MEMORANDUM OPINION

Appellant Donald Wayne Wallace III has signed and filed a written request to withdraw his notice of appeal. *See* Tex. R. App. P. 42.2. Because this court has not delivered an opinion, we grant appellant's request.

We dismiss the appeal.

PER CURIAM

Panel consists of Justices Spain, Poissant, and Wilson.

Do Not Publish – Tex. R. App. P. 47.2(b)